ACCEPTED
01-15-00153-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/16/2015 11:15:04 AM
CHRISTOPHER PRINI
CLERK

No. 01-15-00153-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/16/2015 11:15:04 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS

Halima M. Mamo, a/k/a Ohalima M. Mamo,
*Appellants,*

v.

First Colony Community Association, Inc.,
*Appellee.*

From the District Court of Fort Bend County, Texas,
240th Judicial District, Trial Court Case No. 09-DCV-171891

## DESIGNATION OF LEAD COUNSEL FOR APPELLEE
## FIRST COLONY COMMUNITY ASSOCIATION, INC.

TO THE HONORABLE COURT:

Appellee First Colony Community Association, Inc. ("Appellee") files this Designation of Lead Counsel pursuant to Texas Rule of Appellate Procedure 6.2 to notify the Court that Frank O. Carroll III, State Bar No. 24082785, of Roberts Markel Weinberg Butler Hailey PC, 2800 Post Oak Blvd., 57th Floor, Houston, Texas 77056, makes an appearance in this appeal as lead counsel of record for Appellee.

Further, Mia B. Lorick, State Bar No. 24091415, of Roberts Markel Weinberg Butler Hailey PC, 2800 Post Oak Blvd., 57th Floor, Houston, Texas 77056, makes an appearance in this appeal as counsel for Appellee.

Respectfully submitted,
Roberts Markel Weinberg Butler Hailey PC

_____
FRANK O. CARROLL III
Texas State Bar No. 24082785
MIA B. LORICK
Texas State Bar No. 24091415
2800 Post Oak Blvd., 57th Floor
Houston, Texas 77056
Telephone: 713-840-1666
Facsimile: 713-840-9404
fcarroll@rmwbhlaw.com
ATTORNEY FOR APPELLEE,
FIRST COLONY COMMUNITY
ASSOCIATION, INC.

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document is 302 words, as calculated by the word count feature of Microsoft Word 2010 (PC Edition).

_____
FRANK O. CARROLL III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by facsimile, messenger, regular U.S. Mail, certified mail, return receipt requested and/or electronic service in accordance with the Texas Rules of Appellate Procedure on this the 16th day of April, 2015.

Barney Louis Stagner
2019 Stebbins
Houston, Texas 77043

_____
Frank O. Carroll III